| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Robert M. Rothman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100    FAX No: 631-367-1173 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Pedro E. Rivas, et al.
Defendant: Lehman Brothers Bank, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV3685 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint

3. a. Party served:                Lehman Brothers Bank, FSB
   b. Person served:               Gale Stawicki, Person Authorized to Accept Service

4. Address where the party was served:    1000 West Street
                                           Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 30, 2008 (2) at: 11:07AM

7. Person Who Served Papers:
   a. Lennon Snow
   b. Class Action Research &
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   5-8-08
   (Date)                          (Signature)

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires_____
                      (Date)

   (Notary Public)
   DENNIS SCHOFIELD
   NOTARY PUBLIC
   STATE OF DELAWARE
   My commission expires Nov. 24, 2011

   AFFIDAVIT OF SERVICE
   Summons & Complaint                              rorot.102895