UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————— x

PEDRO E. RIVAS, On Behalf of Himself and
All Others Similarly Situated,

                        Plaintiff,

     vs.

LEHMAN BROTHERS BANK, FSB, et al.,

                    Defendants.

—————————————————— x

Civil Action No. 08-cv-03685

CLASS ACTION

NOTICE OF MOTION AND MOTION TO
ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE upon the annexed Declaration of Robert M. Rothman in Support of the Motion to Admit Counsel Pro Hac Vice, executed this 21st day of May 2008, and the Certificate of Good Standing attached thereto, plaintiff Pedro E. Rivas moves this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Andrew S. Friedman, a member of the Bar of the United States District Court, District of Arizona, and a member of the law firm Bonnett, Fairbourn, Friedman & Balint, PC, be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

DATED: May 21, 2008

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN


ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

- 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
T. BRENT JORDAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ
JONATHAN E. GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA 94941
Telephone: 415/381-5599
415/381-5572 (fax)

Attorneys for Plaintiff

S:\WordTools\WordCaps\Lehman FHA.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

PEDRO E. RIVAS, On Behalf of Himself and    :    Civil Action No. 08-cv-03685
All Others Similarly Situated,              :
                                            :    CLASS ACTION
                            Plaintiff,      :
                                            :    [PROPOSED] ORDER GRANTING
            vs.                             :    MOTION FOR ADMISSION *PRO HAC*
                                            :    *VICE*
LEHMAN BROTHERS BANK, FSB, et al.,          :
                                            :
                            Defendants.     :
                                            :
———————————————————— x

Upon the motion of plaintiff Pedro E. Rivas, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Andrew S. Friedman *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

IT IS SO ORDERED.

DATED: _____     _____

THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x

PEDRO E. RIVAS, On Behalf of Himself and
All Others Similarly Situated,

                       Plaintiff,

      vs.

LEHMAN BROTHERS BANK, FSB, et al.,

                Defendants.

———————————————————— x

Civil Action No. 08-cv-03685

CLASS ACTION

DECLARATION OF ROBERT M.
ROTHMAN IN SUPPORT OF THE
MOTION TO ADMIT COUNSEL *PRO HAC
VICE*

I, Robert M. Rothman, declare as follows:

1.      I am a member in good standing of the bar of this Court and a member of Coughlin Stoia Geller Rudman & Robbins LLP.  I make this declaration in support of plaintiff Pedro E. Rivas' Motion to Admit Counsel *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, requesting that Andrew S. Friedman be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

2.      Andrew S. Friedman is fully familiar with this action, is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

3.      Andrew S. Friedman is an attorney in good standing of the Bar of the District of Arizona, as evidenced by the annexed certificate of good standing.

4.      I respectfully request that plaintiff's motion be granted in all respects.  A proposed order is enclosed herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of May 2008 at Melville, New York.

_____
ROBERT M. ROTHMAN

- 1 -

AO136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

_____ DISTRICT OF _____ Arizona _____

**CERTIFICATE OF
GOOD STANDING**

_I,_ _____ Richard H. Weare _____, _Clerk of this Court,_

_certify that_ _____ **Andrew S. Friedman** _____ _duly admitted_

_to practice in this Court on_ _____ October 26, 1979 _____,
                                              DATE

_and is in good standing as a member of the Bar of this Court._

_Dated at_ _____ Phoenix, AZ _____ _on_ _____ May 16, 2008 _____
                       LOCATION                                DATE

_____ Richard H. Weare _____
                CLERK

_____
              DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on May 21, 2008, I caused a true and

correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Declaration Of Robert M. Rothman In Support Of The Motion To Admit Counsel Pro Hac Vice; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to:

Lehman Brothers Bank
1000 West Street
Wilmington, DE 19808


BNC Mortgage, Inc.
c/o
Lehman Brothers Bank
1000 West Street
Wilmington, DE 19808

Kelly A. Stadelmann