UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
PEDRO E. RIVAS, On Behalf of Himself and : Civil Action No. 08-cv-03685
All Others Similarly Situated,                          :
                                                        : CLASS ACTION
                    Plaintiff,                          :
                                                        : NOTICE OF MOTION AND MOTION TO
       vs.                                              : ADMIT COUNSEL *PRO HAC VICE*
                                                        :
LEHMAN BROTHERS BANK, FSB, et al.,                      :
                                                        :
                    Defendants.                         :
                                                        :
------------------------------------------------------- x

PLEASE TAKE NOTICE upon the annexed Declaration of Robert M. Rothman in Support of the Motion to Admit Counsel *Pro Hac Vice*, executed this 21st day of May 2008, and the Certificate of Good Standing attached thereto, plaintiff Pedro E. Rivas moves this Court, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Wendy Jacobsen Harrison, a member of the Bar of the United States District Court, District of Arizona, and a member of the law firm Bonnett, Fairbourn, Friedman & Balint, PC, be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

DATED: May 21, 2008

        COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
        SAMUEL H. RUDMAN
        ROBERT M. ROTHMAN

        */s/ Robert M. Rothman*
        ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

        COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
        JOHN J. STOIA, JR.
        THEODORE J. PINTAR
        LESLIE E. HURST
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        Telephone: 619/231-1058
        619/231-7423 (fax)

        BONNETT, FAIRBOURN, FRIEDMAN
         & BALINT, P.C.
        ANDREW S. FRIEDMAN
        WENDY J. HARRISON
        T. BRENT JORDAN
        2901 N. Central Avenue, Suite 1000
        Phoenix, AZ 85012
        Telephone: 602/274-1100
        602/274-1199 (fax)

        CHAVEZ & GERTLER LLP
        MARK A. CHAVEZ
        JONATHAN E. GERTLER
        NANCE F. BECKER
        42 Miller Avenue
        Mill Valley, CA 94941
        Telephone: 415/381-5599
        415/381-5572 (fax)

        Attorneys for Plaintiff

S:\WordTools\WordCaps\Lehman FHA.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
PEDRO E. RIVAS, On Behalf of Himself and  : Civil Action No. 08-cv-03685
All Others Similarly Situated,            :
                                          : CLASS ACTION
              Plaintiff,                  :
                                          : [PROPOSED] ORDER GRANTING
     vs.                                  : MOTION FOR ADMISSION *PRO HAC*
                                          : *VICE*
LEHMAN BROTHERS BANK, FSB, et al.,        :
                                          :
              Defendants.                 :
                                          :
---------------------------------------------------------- x

Upon the motion of plaintiff Pedro E. Rivas, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Wendy Jacobsen Harrison *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― x
PEDRO E. RIVAS, On Behalf of Himself and : Civil Action No. 08-cv-03685
All Others Similarly Situated, :
: <u>CLASS ACTION</u>
　　　　　　　　Plaintiff, :
: DECLARATION OF ROBERT M.
　vs. : ROTHMAN IN SUPPORT OF THE
: MOTION TO ADMIT COUNSEL *PRO HAC*
LEHMAN BROTHERS BANK, FSB, et al., : *VICE*
:
　　　　　　　　Defendants. :
:
―――――――――――――――――――――― x

I, Robert M. Rothman, declare as follows:

1. I am a member in good standing of the bar of this Court and a member of Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of plaintiff Pedro E. Rivas' Motion to Admit Counsel *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, requesting that Wendy Jacobsen Harrison be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

2. Wendy Jacobsen Harrison is fully familiar with this action, is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

3. Wendy Jacobsen Harrison is an attorney in good standing of the Bar of the District of Arizona, as evidenced by the annexed certificate of good standing.

4. I respectfully request that plaintiff's motion be granted in all respects. A proposed order is enclosed herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of May 2008 at Melville, New York.

*/s/ Robert Rothman*
ROBERT M. ROTHMAN

AO 136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

DISTRICT OF __Arizona__

**CERTIFICATE OF GOOD STANDING**

I, _____Richard H. Weare_____, *Clerk of this Court,*

certify that __**Wendy Jacobsen Harrison**__ *duly admitted*

to practice in this Court on _____November 2, 1992_____,
<br>                         DATE

*and is in good standing as a member of the Bar of this Court.*

Dated at _____Phoenix, AZ_____ on _____May 16, 2008_____
<br>          LOCATION             DATE

_____Richard H. Weare_____      [signature]
<br>    CLERK                  DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on May 21, 2008, I caused a true and correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Declaration Of Robert M. Rothman In Support Of The Motion To Admit Counsel Pro Hac Vice; and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to:

Lehman Brothers Bank
1000 West Street
Wilmington, DE 19808


BNC Mortgage, Inc.
c/o
Lehman Brothers Bank
1000 West Street
Wilmington, DE 19808


Kelly A. Stadelmann