UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
PEDRO E. RIVAS, On Behalf of Himself and : Civil Action No. 08-cv-03685
All Others Similarly Situated,
                                  : CLASS ACTION
             Plaintiff,
                                  : [PROPOSED] ORDER GRANTING
   vs.                            : MOTION FOR ADMISSION *PRO HAC*
                                  : *VICE*
LEHMAN BROTHERS BANK, FSB, et al.,
             Defendants.
---------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08

Upon the motion of plaintiff Pedro E. Rivas, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Wendy Jacobsen Harrison *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

IT IS SO ORDERED.

DATED: June 3, 2008

THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE