UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LEHMAN BROTHERS BANK, FSB; BNC MORTGAGE, INC., <br><br> Defendants. | No. 08 CV 3685 <br><br> ELECTRONICALLY FILED |

## NOTICE OF APPEARANCE
## ON BEHALF OF LEHMAN BROTHERS BANK, FSB AND BNC MORTGAGE, INC.

Please enter the appearance of Michael S. Kraut, of the firm of Morgan, Lewis & Bockius LLP, as counsel of record for Defendants Lehman Brothers Bank, FSB and BNC Mortgage, Inc. in the above-captioned matter.

June 9, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Michael S. Kraut_
Michael S. Kraut (MK-4469)

101 Park Avenue
New York, New York 10178
(212) 309-6000

Attorney for Defendants

1-NY/2321769.1