*For, mae*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PEDRO E. RIVAS, on Behalf of Himself :
and All Others Similarly Situated,     :
                                       :
        Plaintiff,                     :
                                       :   No. 08 CV 3685
    v.                                 :
                                       :
LEHMAN BROTHERS BANK, FSB;             :
BNC MORTGAGE, INC.,                    :   ELECTRONICALLY FILED
                                       :
        Defendants.                    :
                                       :

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

### STIPULATION AND ORDER EXTENDING
### TIME TO RESPOND TO COMPLAINT

It is hereby stipulated, by and between the parties in the above-captioned matter, that Defendants' time to answer, move, or otherwise respond to the Complaint, is extended until June 20, 2008.

//

1-SF/7710891.1

| | |
|---|---|
| BONNETT, FAIRBOURN, FRIEDMAN, & BALINT, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
| By: _____<br>Andrew S. Friedman | By: _____<br>Jami Wintz McKeon (JM-6144)<br>Michael S. Kraut (MK-4469) |
| 2901 North Central Avenue, Suite 1000<br>Phoenix, Arizona 85012<br>(602) 274-1100 | 101 Park Avenue<br>New York, New York 10178<br>(212) 309-6000 |
| Attorneys for Plaintiff | Attorneys for Defendants |

SO ORDERED: 6/9/08

_____
Kevin N. Fox, Magistrate Judge