Jami Wintz McKeon (JM-6144)
Michael S. Kraut (MK-4469)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
jmckeon@morganlewis.com
mkraut@morganlewis.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PEDRO E. RIVAS, on Behalf of Himself and All Others Similarly Situated,** | No. 08 CV 3685 (BSJ) (MDF) |
| Plaintiff, | STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 |
| v. | |
| **LEHMAN BROTHERS BANK, FSB; BNC MORTGAGE, INC.,** | ELECTRONICALLY FILED |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Lehman Brothers Bank, FSB and BNC Mortgage, LLC states as follows:

Defendant BNC Mortgage LLC is a wholly-owned subsidiary of Lehman Brothers Bank, FSB. Lehman Brothers Bancorp, Inc., a Delaware corporation, holds all of Lehman Brothers Bank, FSB's stock. Lehman Brothers Holdings, Inc., a Delaware corporation, holds all of Lehman Brothers Bancorp, Inc.'s stock. Lehman Brothers Holdings, Inc. is publicly owned and traded on the NYSE under the symbol LEH. Lehman Brothers Holdings, Inc. has no parent

1-NY/2315834.1

corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
June 20, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Jami Wintz McKeon (JM-6144)
Michael S. Kraut (MK-4469)
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for Defendants*