Jami Wintz McKeon (JM-6144)
Michael S. Kraut (MK-4469)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
jmckeon@morganlewis.com
mkraut@morganlewis.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PEDRO E. RIVAS, on Behalf of Himself and All Others Similarly Situated,** | **No. 08 CV 3685 (BSJ) (MDF)** |
| **Plaintiff,** | |
| v. | |
| **LEHMAN BROTHERS BANK, FSB; BNC MORTGAGE, INC.,** | **ELECTRONICALLY FILED** |
| **Defendants.** | |

**NOTICE OF MOTION TO DISMISS BY DEFENDANTS LEHMAN BROTHERS BANK, FSB and BNC MORTGAGE LLC PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and upon the motion of Defendants Lehman Brothers Bank, FSB and BNC Mortgage LLC ("Defendants") to dismiss the Complaint in the above-captioned case, and the accompanying memorandum of law, Defendants will move this Court, on a date and time to be designated by the Court or as soon thereafter as counsel may be heard, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York 10007 for an Order dismissing the complaint with prejudice.

June 20, 2008

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP
Jami Wintz McKeon (JM-6144)
Michael S. Kraut (MK-4469)
101 Park Avenue
New York, New York 10178
212-309-6000 (telephone)
212-309-6001 (facsimile)

Attorneys for Defendants