UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, On Behalf of Himself and All Others Similarly Situated, | Civil Action No. 08-cv-03685 |
| Plaintiff, | CLASS ACTION |
| vs. | NOTICE OF APPEARANCE |
| LEHMAN BROTHERS BANK, FSB, et al., | |
| Defendants. | |

- 1 -

TO: The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Lead Plaintiff Iron Workers Local No. 25 Pension Fund and the Class in this action.

I certify that I am admitted to practice in this Court.

DATED: June 30, 2008                COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MARK S. REICH


          /S/ Mark S. Reich
MARK S. REICH

58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
T. BRENT JORDAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  602/274-1100
602/274-1199 (fax)

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ
JONATHAN E. GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA  94941
Telephone:  415/381-5599
415/381-5572 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Mark S. Reich, hereby certify that on June 30, 2008, I caused a true and correct copy of the attached Notice Of Appearance to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to any additional counsel on the attached service list.

  /s/ *Mark S. Reich*
MARK S. REICH