UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
PEDRO E. RIVAS, On Behalf of Himself and : Civil Action No. 08-cv-03685 (BSJ)
All Others Similarly Situated,
                                              : CLASS ACTION
            Plaintiff,
                                              : STIPULATION AND [PROPOSED] ORDER
    vs.
LEHMAN BROTHERS BANK, FSB, et al.,
            Defendants.
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08
```

WHEREAS, Defendants Lehman Brothers Bank, FSB and BNC Mortgage, Inc. filed their Motion to Dismiss on June 20, 2008;

WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss is currently due on July 7, 2008, and Defendants' reply is due five (5) days thereafter;

WHEREAS, the parties have agreed to a briefing schedule;

WHEREAS, no prior extension of this schedule has been granted;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. Plaintiff shall file papers in opposition to Defendants' Motion to Dismiss on or before July 25, 2008.

2. Defendants' shall file a Reply in Further Support of their Motion to Dismiss on or before August 19, 2008.

DATED: July 7, 2008                    COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                       SAMUEL H. RUDMAN
                                       ROBERT M. ROTHMAN
                                       MARK S. REICH

                                       _____
                                       MARK S. REICH

                                       58 South Service Road, Suite 200
                                       Melville, NY 11747
                                       Telephone: 631/367-7100
                                       631/367-1173 (fax)

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
T. BRENT JORDAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: 602/274-1100
602/274-1199 (fax)

CHAVEZ & GERTLER LLP
MARK A. CHAVEZ
JONATHAN E. GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA 94941
Telephone: 415/381-5599
415/381-5572 (fax)

Attorneys for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP
JAMI WINTZ MCKEON
MICHAEL S. KRAUT

SO ORDERED.

_/s/ Laura Taylor Swain  7/9/08_
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
Part I

_/s/ Michael Kraut/wp_
MICHAEL S. KRAUT

101 Park Avenue
New York, New York 10178
Telephone: 212/309-6000
212/309-6001 (fax)

Attorneys for Defendants'

- 2 -

IT IS SO ORDERED.

DATED: _____  _See previous page_____
THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

- 3 -