UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LEHMAN BROTHERS BANK, FSB, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 08-cv-03685<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

JUL 23 2008

JUL 2 1 2008

PLEASE TAKE NOTICE upon the annexed Declaration of Robert M. Rothman in Support of the Motion to Admit Counsel *Pro Hac Vice*, executed this __21__ day of July 2008, and the Certificate of Good Standing attached thereto, plaintiff Pedro E. Rivas moves this Court, Pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, that Gary Klein, a member of the Bar of the United States District Court, District of Massachusetts, and a partner of the law firm Roddy Klein & Ryan, 727 Atlantic Avenue, Second Floor, Boston, MA 02111, telephone 617-357-5500 ext. 15, facsimile 617-357-5030, be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

DATED: July __21__, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN

_/s/ Robert Rothman_
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone:   631-367-7100
Facsimile:   631-367-1173

RODDY KLEIN & RYAN
GARY KLEIN
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone:   617-357-5500
Facsimile:   617-357-5030

1

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
THEODORE J. PINTAR
LESLIE E. HURST
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:   619-231-1058
Facsimile:    619-231-7423


BONNETT, FAIRBOURN,
 FRIEDMAN & BALINT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
T. BRENT JORDAN
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone:   602-274-1100
Facsimile:    602-274-1199


CHAVEZ & GERTLER LLP
MARK A. CHAVEZ
JONATHAN E. GERTLER
NANCE F. BECKER
42 Miller Avenue
Mill Valley, CA 94941
Telephone:   415-381-5599
Facsimile:    415-381-5572

Attorneys for Plaintiff

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS BANK, FSB, et al.,<br><br>      Defendants. | Civil Action No. 08-cv-03685<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |

Upon the motion of plaintiff Pedro E. Rivas, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Gary Klein *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown.

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

IT IS SO ORDERED.

DATED:_____          _____
                                    THE HONORABLE BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS BANK, FSB, et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 08-cv-03685<br><br>**CLASS ACTION**<br><br>DECLARATION OF ROBERT M. ROTHMAN IN SUPPORT OF THE MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

I, Robert M. Rothman, declare as follows:

1. I am a member in good standing of the bar of this Court and a member of Coughlin Stoia Geller Rudman & Robbins LLP. I make this declaration in support of plaintiff Pedro E. Rivas' Motion to Admit Counsel *Pro Hac Vice*, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, requesting that Gary Klein be admitted *pro hac vice* for all purposes on behalf of plaintiff in this action.

2. Gary Klein is fully familiar with this action, is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

3. Gary Klein is an attorney in good standing of the Bar of the District of Massachusetts, as evidenced by the annexed certificate of good standing.

4. I respectfully request that plaintiff's motion be granted in all respects. A proposed order is enclosed herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this ___21___ day of July 2008 at Melville, New York.

                                        ROBERT M. ROTHMAN

1

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

**CERTIFICATE OF GOOD STANDING**

I, _Sarah A. Thornton_, *Clerk of this Court,*

certify that **Gary Edward Klein**, *Bar #* 560769,

was duly admitted to practice in this Court on

_October 23, 1992_, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at _Boston, Massachusetts_ on _July 11, 2008_.
LOCATION                              DATE

**Sarah A. Thornton**
CLERK

*/s/ Judith Gitini*
DEPUTY CLERK

## CERTIFICATE OF SERVICE

I, Kelly Stadelmann, hereby certify that on July 23, 2008, I caused a true and correct copy of the attached:

Notice Of Motion And Motion To Admit Counsel *Pro Hac Vice;*

Declaration Of Robert M. Rothman In Support Of The Motion To Admit Counsel *Pro Hac Vice;* and

[Proposed] Order Granting Motion For Admission *Pro Hac Vice*

to be served by first-class mail to:

Morgan, Lewis & Bockius LLP
Jami Wintz Mckeon, Esq.
Michael S. Kraut, Esq.
101 Park Avenue
New York, New York  10178
Telephone:  212/309-6000
212/309-6001 (fax)

Kelly A. Stadelmann