UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO E. RIVAS, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LEHMAN BROTHERS BANK, FSB, et al., <br><br> Defendants. | Civil Action No. 08-cv-03685 <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08



Upon the motion of plaintiff Pedro E. Rivas, pursuant to Rule 1.3(c) of the Local Civil Rules of this Court, for an order admitting Gary Klein *pro hac vice* for all purposes on behalf of plaintiff in this action, and for good cause shown.

IT IS HEREBY ORDERED that the motion is GRANTED in all respects, subject to payment of the requisite fees.

IT IS SO ORDERED.

DATED: July 29, 2008

THE HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE